THOMAS H. THORN et al., Respondents, *v.* JAMES SUTHERLAND, et al., Appellants.

(Argued February 8, 1892; decided March 1, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 16, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*S. B. Brownell* for appellants.

*Robert A. B. Dayton* for respondents.

Agree to affirm on opinion of INGRAHAM, J., below.
All concur.
Judgment affirmed.

---

JOHN NORLING, Appellant, *v.* WILLIAM H. ALLEE et al., as Executors, etc., Respondents.

(Argued February 9, 1892; decided March 1, 1892.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made April 14, 1891, which affirmed a judgment in favor of defendants, entered upon an order dismissing the complaint on trial at Circuit, and which affirmed an order denying a motion for a new trial.

*J. Edward Swanstrom* for appellant.

*Wililum H. Sage* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.